IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL A. HARPER,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD W. WIEKING,<br><br>    Defendants. | ***E-FILED - 3/30/07***<br><br>CASE NO.: C-06-06320-RMW<br><br>**ORDER OF DISMISSAL** |

On February 22, 2007, the Court issued its order denying plaintiff's application to proceed in forma pauperis and requiring plaintiff to pay the filing fee by March 23, 2007. Plaintiff failed to do so. Therefore,

IT IS HEREBY ORDERED that case is dismissed without prejudice for failure to pay the filing fee.

DATED: *3/30/07*

_____
RONALD M. WHYTE
United States District Judge

1

1
2  Copy of Order E-Filed and Mailed to:
3  **Paul A. Harper**
   P.O. Box 32621
4  Long Beach, CA 90832
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28